UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD GRISAFI, on behalf of himself and the Putative Class<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC.<br><br>Defendant. | Case No. No.18-8494-JMV-JBC<br><br>Civil Action<br><br>MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Representative Plaintiff, Richard Grisafi, pursuant to Fed. R. Civ. P. 23(e), respectfully move this Court to enter the proposed Order Preliminarily Approving Class Action Settlement, Certifying A Class for Settlement Purposes, Approving Proposed Class Action Notice Plan, And Scheduling Final Approval Hearing (the "Preliminary Approval Order").

In support of this motion, the Plaintiffs rely upon the accompanying Declaration of Bruce H. Nagel ("Nagel Cert.") and the Memorandum of Law submitted herewith.

The Plaintiffs state as follow:

1. The Parties have entered into a Settlement Agreement, which is attached to the Nagel Declaration as Exhibit 1.

2. The relief requested in this motion is assented to by Defendant, Sony Electronics Inc. ("Sony").

3. The parties respectfully request that the Court:

A. Grant preliminary approval to the Settlement Agreement as fair, adequate and reasonable;

B. Conditionally certify the Class as defined in the Settlement Agreement for purposes of settlement;

C. Approve the class notice plan in the Settlement Agreement at Section 3.3 and the notice forms, which are attached to the Settlement Agreement as Exhibits B, C, and D.

D. Appoint Plaintiff as Class Representative and Nagel Rice LLP as Class Counsel;

E. Schedule the Fairness Hearing to consider the fairness, reasonableness and adequacy of the Settlement Agreement and whether final approval should be granted, as well as, the application for an award of Attorney's Fees and costs and Class Representative Incentive Awards.

F. Enter the proposed Preliminary Approval Order annexed to the Settlement Agreement as Exhibit A.

Respectfully submitted this 28th day of October, 2020.

                        NAGEL RICE, LLP

                        By:  */s/ Bruce H. Nagel*
                             Bruce H. Nagel, Esq.
                             Randee Matloff, Esq.
                             103 Eisenhower Parkway
                             Roseland, NJ 07068
                             (973) 618-0400
                             Class Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/* *Bruce H. Nagel*
Bruce H. Nagel, Esq.
Randee Matloff, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 618-0400
Class Counsel

Dated: October 28, 2020