UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD GRISAFI, on behalf of himself and the Putative Class<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC.<br><br>Defendant. | Case No. No.18-8494-JMV-JBC<br><br>Civil Action<br><br>NOTICE OF MOTION FOR FINAL APPOVAL OF CLASS ACTION SETTLEMENT |

PLEASE TAKE NOTICE that pursuant to this Court's December 7, 2020 Preliminary Approval Order (D.E. 69), and letter Order amending the schedule (D.E. 71), at the Final Approval Hearing scheduled for 11:30 a.m. on July 19, 2021, Plaintiff will move before the Honorable James B. Clark III, U.S.M.J. for an Order:

1) Granting final approval of the Class Action Settlement;

2) Certifying, for settlement purposes, and pursuant to the terms of the Settlement Agreement dated October 27, 2020, the proposed Settlement Class for resolution of the above-captioned action;

3) Authorizing KCC as Claims Administrator;

4) Appointing Richard Grisafi as Class Representative;

5) Appointing Bruce H. Nagel and Randee M. Matloff of Nagel Rice, LLP as Settlement Class Counsel;

6) Approving the award of Attorneys' Fees and Expenses and the Class Representative Service Award; and

7) Approving the terms of the Settlement Agreement and the [Proposed] Final Approval Order and [Proposed] Final Judgment.

PLEASE TAKE FURTHER NOTICE that Plaintiffs will rely on the Plaintiff's Brief in support of Motion for Final Approval of Class Action Settlement, the Certification of Bruce H. Nagel submitted herewith, and the soon to be filed Certification of the Claims Administrator.

PLEASE FURTHER NOTE that Defendant does not oppose this Motion.

A Proposed Final Order and Final Judgment are also submitted herewith.

Respectfully submitted this 18th day of June 2021.

                         NAGEL RICE, LLP

By:   */s/ Bruce H. Nagel*
      Bruce H. Nagel, Esq.
      Randee Matloff, Esq.
      103 Eisenhower Parkway
      Roseland, NJ 07068
      (973) 618-0400
      Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing motion and supporting documents referenced above with the Clerk of the Court using CM/ECF. All counsel of record are hereby being served via transmission of Notices of Electronic Filing generated by CM/ECF and via Email transmission.

/s/ *Bruce H. Nagel*
Bruce H. Nagel, Esq.
Randee Matloff, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 618-0400
Class Counsel

Dated: June 18, 2021